spondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. ROSENFELD v. TANNENBAUM. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Proceedings by the people of the state of New York, on the relation of Rosie Rosenfeld, against Louis Tannenbaum. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

PEOPLE ex rel. STOUTENBURGH v. HAYES, Com'r. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Proceedings by the people of the state of New York, on the relation of William A. Stoutenburgh, against Nicholas J. Hayes, as commissioner: W. S. Brewster, for relator. T. Connolly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. VENNER et al. v. NEW YORK LIFE INS. CO. et al. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Proceedings by the people of the state of New York, on the relation of Clarence H. Venner and others, against the New York Life Insurance Company and others. No opinion. Motion denied, with $10 costs. Order filed.

PHELPS, Respondent, v. PHELPS, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Susan A. Phelps against John W. Phelps.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS and RICH, JJ., vote to reduce the allowance for alimony.

PHILIP MORRIS & CO., Respondent, v. MONDHAM et al., Appellants. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by Philip Morris & Co. against Maurice B. Mondham and others. J. C. Toole, for appellant. M. Holmes, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

PILLMAN et al., Respondents, v. BILLQVIST et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Joseph C. Pillman and another against C. Edward Billqvist and another. G. L. Shearer, for appellants. J. Larkin, for respondents.

PER CURIAM. Judgment affirmed, with costs.

O'BRIEN, P. J., dissents.

PITKIN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Emma D. Pitkin, as, etc., against the New York Central & Hudson River Railroad Company. No opinion.

Motion for leave to appeal to the Court of Appeals granted.

P. J. EMMERICH CO. v. W. & J. SLOANE. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by the P. J. Emmerich Company against W. & J. Sloane. No opinion. Motion granted.

PLANT, Respondent, v. BAHR, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Action by Solomon Plant against Mary Bahr. No opinion. Judgment and order affirmed, with costs.

PODALSKY et al., Respondents, v. IRELAND, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Appeal from Special Term, New York County. Action by Jacob Podalsky and others against John B. Ireland. From an order denying defendant's motion to vacate an order for examination, of defendant before trial, he appeals. Modified and affirmed. Julius D. Tobias, for appellant. Charles L. Hoffman, for respondents.

PER CURIAM. The order should be modified, by limiting the examination of the defendant to the question of signing of the lease, and the agency of his agent in fact, purporting to be the agent who signed the lease, and, as so modified, affirmed, without costs.

POPE MFG. CO., Appellant, v. RUBBER GOODS MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by the Pope Manufacturing Company against the Rubber Goods Manufacturing Company. L. H. Friedman. for appellant. N. Ottinger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

POYET, Respondent, v. ROHE, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Romain Poyet, as administrator, against Charles Rohe. E. A. Jones, for appellant. W. N. Baylis, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

LAUGHLIN, J., dissents.

POUCHER v. FABER. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Charles Poucher against Leander B. Faber. No opinion. Motion denied, with $10 costs.

PRAITANO, Appellant, v. WILSON & BAILLIE MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Michele Praitano, as administrator, etc., of Frank Praitano, deceased, against the Wilson & Baillie Manufacturing Company.

PER CURIAM. Judgment and order affirmed, with costs.

HOOKER, J., dissents.